Argued and submitted November 29, 1995, affirmed January 3, petition for review denied May 7, 1996 (323 Or 264)

STATE OF OREGON,
*Respondent,*

*v.*

GARY RAYMOND KELLEY,
*Appellant.*

(F93-020117C; CA A85385)

909 P2d 216

Peter Gartlan, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Ann F. Kelley, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Merrill*, 135 Or App 408, 899 P2d 712, *rev allowed* 322 Or 193 (1995).